IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-20635-DPG

JEREISHA ORTIZ-SOTO and
ULYSSES TRINIDAD, individually and
as natural guardians and parents of
J.T., a minor child,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Jereisha Ortiz-Soto and Ulysses Trinidad, individually and as natural guardians and parents of J.T., a minor child, and Defendant, United States of America, (the "Parties") respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

1. Plaintiffs, Jereisha Ortiz-Soto and Ulysses Trinidad, individually and as natural guardians and parents of J.T., a minor child have reached an agreement with Defendant, United States of America.

2. The Parties have executed a Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the Parties respectfully request that all current deadlines set forth in the Court's Endorsed Order on Status Conference for August 30, 2017 together with the Second Amended Scheduling Order Setting Civil Trial Date and Pretrial Schedule be suspended.

*{THIS SECTION LEFT BLANK INTENTIONALLY}*

Dated this 28th day of August, 2017.

| | |
|---|---|
| /s/_____ | /s/_____ |
| Araly Herrera | Marlene Rodriguez |
| Counsel for Plaintiffs | Assistant U.S. Attorney |
| aherrera@glhlawyers.com | marlene.rodriguez@usdoj.gov |
| Gamba, Lombana & Herrera | U.S. Attorney's Office |
| 2701 Ponce De Leon Blvd., Mezz. | 99 N.E. 4th Street, Suite 300 |
| Coral Gables, FL 33134 | Miami, FL 33132 |
| Telephone: (305) 448-4010 | Telephone: (305) 961-9321 |
| Facsimile: (305) 448-9891 | Facsimile: (305) 530-7139 |