IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-20635-DPG

JEREISHA ORTIZ-SOTO and
ULYSSES TRINIDAD, individually and
as natural guardians and parents of
J.T., a minor child,

       Plaintiffs,

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

## PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

    Plaintiffs, JEREISHA ORTIZ-SOTO and ULYSSES TRINIDAD, individually and as natural guardian and parent of J.T., a minor, by and through their undersigned attorneys, move this Court to dismiss with prejudice this action against the United States of America in its entirety, each party to bear their own costs, expenses and fees, and in support thereof would state as follows:

    1.    This case has been fully settled against the United States of America.

    2.    An Order Approving Settlement on behalf of J.T., a minor, was entered by this Court on August 10, 2017.

    3.    The Court-appointed Guardian Ad Litem, Sean Moughan, Esq. has ably completed his duties and filed his report, and should be discharged of his duties.

    4.    No further action will be required by this Court since the case has been settled in its entirety.

    5.    Plaintiffs' attorney has conferred with the attorney for the United States of America, and represents to this Court that they are unopposed to entry of the proposed order.

    WHEREFORE, the Plaintiffs, JEREISHA ORTIZ-SOTO and ULYSSES TRINIDAD, individually and as natural guardian and parent of J.T., a minor, respectfully request this Court to

enter an order dismissing this action with prejudice against the United States of America in its entirety, and all other parties, with each party bearing their own costs, expenses and fees.

Dated this 2nd day of October, 2017.

> Respectfully submitted,
> Araly Herrera, Esq.
> Florida Bar No.: 121241
> aherrera@glhlawyers.com
> Hector J. Lombana, Esq.
> Florida Bar No.: 238813
> hlombana@glhlawyers.com
> GAMBA LOMBANA & HERRERA
> Attorneys for Plaintiff
> 2701 Ponce de Leon Blvd.
> Mezzanine Floor
> Coral Gables, Florida 33134
> Phone: (305) 448-4010
> Fax: (305) 448-9891
>
> By: /S/ _____
>     Araly Herrera

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by *E-Filing* on this 2nd day of October, 2017 on all counsel or parties of records on the Service List below.

/S/ _____
Araly Herrera

{00061596.DOCX. 1 }

## SERVICE LIST

Marlene Rodriguez, Esq.
Assistant U.S. Attorney
Counsel for Defendant
marlene.rodriguez@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305)-961-9206
Facsimile: (305) 530-7139