IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-20635-DPG

JEREISHA ORTIZ-SOTO and
ULYSSES TRINIDAD, individually and
as natural guardians and parents of
J.T., a minor child,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

On this ____ day of _____, 2017, the above-referenced matter came before the Court on the Plaintiffs' Motion for Order dismissing the action against the United States of America in its entirety, with prejudice, with each party bearing their own costs, expenses and fees, and after reviewing the motion,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That said motion for dismissal of the action against the United States of America, in its entirety, with prejudice, be and the same is hereby GRANTED.
2. That each party shall bear their own costs, expenses and fees.
3. That the Court-appointed Guardian Ad Litem, Sean Moughan, Esq., is discharged of all duties in this matter.

Dated this \_\_\_\_ day of _____, 2017.

_____
Darrin P. Gayles
United States District Judge

**Copies to:**
**Counsel of Record**

{00061597.DOCX. 1 }